UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus MADRIGAL, Defendant–
Appellant.

No. 12–30374.

United States Court of Appeals,
Ninth Circuit.

---

Submitted July 24, 2013.*

Filed Aug. 2, 2013.

James A. Goeke, Assistant U.S., USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Jesus Madrigal, Post, TX, pro se.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Jesus Madrigal appeals pro se from the district court's order denying his motion under Federal Rule of Criminal Procedure 41(g) for return of property. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Madrigal contends that he is entitled to the return of $4,723.86 seized by the government and forfeited pursuant to a declaration of nonjudicial civil forfeiture under 21 U.S.C. § 881. We review de novo the district court's interpretation of federal forfeiture law and its findings of fact for clear error. *See United States v. Alcaraz–Garcia,* 79 F.3d 769, 772 (9th Cir.1996). Because the funds were subject to a civil property forfeiture, Rule 41(g) does not provide a basis to challenge the government's action. *See* Fed.R.Crim.P. 1(a)(5)(B); *United States v. Fitzen,* 80 F.3d 387, 389 (9th Cir.1996).

In the alternative, the district court construed Madrigal's motion as a claim under the Civil Assets Forfeiture Reform Act and concluded that Madrigal was not entitled to relief because he had failed to file a valid and timely claim under the statute. We agree. *See* 18 U.S.C. § 983(a)(2)(B), (C)(iii).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.